**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**TONY A. HICKMAN** **PLAINTIFF**
***ADC #090793***

**v.** **No: 3:26-cv-00129-KGB-PSH**

**TEAGUE, *et al.*** **DEFENDANTS**

# ORDER

Having carefully and liberally[1] construed plaintiff Tony Hickman's amended complaint (Doc. No. 6) for screening purposes,[2] it appears that service is appropriate as to his claims against defendants Health Administrator Teague, Director of Nursing Ashley D. Jackson, and Deputy Director Aundrea Culclager. The Court will request service directions with respect to the defendants who are Wellpath employees.

The Clerk of the Court is directed to prepare a summons for defendant Culclager. The United States Marshal is hereby directed to serve a summons on her

---

[1] *See Stone v. Harry*, 364 F.3d 912, 915 (8th Cir. 2004) ("When we say that a pro se complaint should be given liberal construction, we mean that if the essence of an allegation is discernible, even though it is not pleaded with legal nicety, then the district court should construe the complaint in a way that permits the layperson's claim to be considered within the proper legal framework.").

[2] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

without prepayment of fees and costs or security therefor along with the amended complaint (Doc. No. 6). Culclager should be served through the ADC Compliance Division.

IT IS SO ORDERED this 25th day of August, 2026.

UNITED STATES MAGISTRATE JUDGE